FILED
CLERK, U.S. DISTRICT COURT

JUN - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | ED12-0204M |
| v. | |
| DAVID FRANCO-TORRES | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of ___DEFENDANT___ , IT IS ORDERED that a detention hearing
is set for ___FRIDAY___ , ___July 8 2012___ at ___3 PM.___ ☐a.m. / ☐p.m. before the
Honorable ___DAVID T. BR.___ , in Courtroom ___4___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
(Other custodial officer)

Dated: ___6/6/12___          _____
                              U.S. ~~District Judge/~~Magistrate Judge

**DAVID T. BRISTOW**